**Entered on Docket**
**June 30, 2010**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
Kali Fox Miller, Esq., SBN 11656
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
US Bank National Association, as Trustee for the Structured Asset Securities Corporation Mortgage Loan Trust 2006- NC1, it assignees and/or successors, and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-50643-gwz |
| | ) |
| Greg Scott Cordes, | ) Chapter 13 |
| Melody Suzzane Cordes, | ) |
| | ) DATE: 06/18/10 |
| Debtors. | ) TIME: 01:30 pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                                                M&H File No. NV-10-24002
                                                                                                10-50643-gwz

The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court. Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 1210 Sierra Vista Drive, Gardnerville, NV 89460.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

/s/Christopher K. Lezak_____
Christopher K. Lezak, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Memorandum-Granted*_____
Kevin A. Darby, Esq.
4777 Caughlin Parkway
Reno, NV 89519
(775) 322-1237

Approved/Disapproved

*Memorandum-Granted*_____
William A. Van Meter
P.O Box 6630
Reno, NV 89513

*Rev. 12.09*                                                                                M&H File No. NV-10-24002
                                                                                                              10-50643-gwz

<u>ALTERNATIVE METHOD re; RULE 9021:</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Kevin A. Darby- Memorandum-Granted

Unrepresented parties appearing: None

Trustee: William A. Van Meter- Memorandum-Granted

Submitted by:
McCarthy & Holthus, LLP

<u>/s/ Christopher K. Lezak.</u>
Christopher K. Lezak, Esq.

### 

*Rev. 12.09*     M&H File No. NV-10-24002
10-50643-gwz